377 A.2d 169

Commonwealth v. Gaito, Appellant.

Submitted February 17, 1976.  Joseph Gaito, *in propria persona*, and Mark S. Frank, for appellant;  Robert E. Colville, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM:  Order of the court below is reversed.  The case is remanded and leave granted appellant to file post-trial motions, *nunc pro tunc.*  See *Commonwealth v. Westbrook*, 245 Pa.Superior Ct. 174, 369 A.2d 350 (1976).

377 A.2d 170

Commonwealth v. Galloway, Appellant.

Submitted September 22, 1976.  Edward F. Browne, Jr., Assistant Public Defender, for appellant;  Michael H. Ranck, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.